```
 1  Michael K. Stevens, Esq., SBN 096112
    GAZZERA, O'GRADY & STEVENS
 2  1134 West El Camino Real
    Mountain View, California 94040-2594
 3  (650) 968-9612 or (408) 286-1723

 4
    Attorney for Plaintiffs and Counter-Defendants
 5  Bakhtiari Corporation, Bakhtiari LLC, and
    York Enterprises South, Inc.
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BAKHTIARI CORPORATION, et al., | ) |
|---|---|
| | ) Case No. 5:12-CV-05183-LHK |
| Plaintiffs, | ) |
| | ) STIPULATION TO ADD DEFENDANT |
| vs. | ) RTU, LP, AND ORDER THEREON |
| | ) |
| REGISTER TAPES UNLIMITED, INC., et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| RTU, LP DOING BUSINESS AS CARTVERTISING, | ) |
| | ) |
| Counter-claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| BAKHTIARI CORPORATION, BAKHTIARI L.L.C., YORK ENTERPRISES SOUTH, INC., | ) |
| | ) |
| Counter-defendants. | ) |

IT IS HEREBY STIPULATED by and between counsel that the Complaint in this matter can be amended to include another Defendant, otherwise identified as "RTU, LP" in this matter.

1

1  Further, it is stipulated that Defendant's current counsel, David J. Hamilton, acknowledges receipt
2  of a copy of the Complaint as and for service on Defendant RTU, LP and that the presently existing
3  pleadings are sufficient to generally and specifically deny the allegations of the Complaint on behalf
4  of RTU, LP and to assert any affirmative defenses on behalf of the new Defendant.

   SO STIPULATED.

Dated: February 28, 2013

_____
MICHAEL K. STEVENS
Attorney for Plaintiffs, Bakhtiari Corporation, et al.

Dated: February 28th, 2013

_____
DAVID J. HAMILTON
Attorney for Defendant, RTU, LP


ORDER

Based upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant RTU, LP is added as a new Defendant in the above-entitled matter.

SO ORDERED.

Dated: March 5, 2013

*Lucy H. Koh*
_____
JUDGE OF THE UNITED STATES DISTRICT COURT

STIPULATION TO ADD DEFENDANT RTU, LP, AND ORDER THEREON