UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAKHTIARI CORPORATION, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> REGISTER TAPES UNLIMITED, INC., et al., ) <br> ) <br> Defendants. ) <br> ──────────────────────────── ) <br> ) <br> RTU, LP DOING BUSINESS AS ) <br> CARTVERTISING, ) <br> ) <br> Counter-claimant, ) <br> v. ) <br> ) <br> BAKHTIARI CORPORATION, BAKHTIARI ) <br> LLC, YORK ENTERPRISES SOUTH, INC., ) <br> ) <br> Counter-defendants. ) <br> ──────────────────────────── ) | Case No.: 5:12-CV-05183-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for May 15, 2013, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, May 13, 2013, at 9:00 a.m.  The statement must "report[] progress or changes since the last statement

1

Case No.: 5:12-CV-05183-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT

was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: May 9, 2013

_____
LUCY H. KOH
United States District Judge