1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAKHTIARI CORPORATION, et al.,                )<br>                                                                          )<br>                              Plaintiffs,                  )<br>        v.                                                          )<br>                                                                          )<br>REGISTER TAPES UNLIMITED, INC., et al.,  )<br>                                                                          )<br>                              Defendants.               )<br>_____)<br>                                                                          )<br>RTU, LP DOING BUSINESS AS                      )<br>CARTVERTISING,                                           )<br>                                                                          )<br>                              Counter-claimant,      )<br>        v.                                                          )<br>                                                                          )<br>BAKHTIARI CORPORATION, BAKHTIARI )<br>LLC, YORK ENTERPRISES SOUTH, INC.,   )<br>                                                                          )<br>                              Counter-defendants.   )<br>_____)| Case No.: 5:12-CV-05183-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for May 15, 2013, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, May 13, 2013, at 9:00 a.m. The statement must "report[] progress or changes since the last statement

1

Case No.: 5:12-CV-05183-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT

was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: May 9, 2013

_____
LUCY H. KOH
United States District Judge