UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAKHTIARI CORPORATION, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> REGISTER TAPES UNLIMITED, INC., et al., ) <br> ) <br> Defendants. ) <br> ) <br>_____ ) <br> ) <br> RTU, LP DOING BUSINESS AS ) <br> CARTVERTISING, ) <br> ) <br> Counter-claimant, ) <br> v. ) <br> ) <br> BAKHTIARI CORPORATION, BAKHTIARI ) <br> LLC, YORK ENTERPRISES SOUTH, INC., ) <br> ) <br> Counter-defendants. ) <br> ) <br>_____ ) | Case No.: 5:12-CV-05183-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE TO COMPLETE MEDIATION |

The parties filed a Joint Case Management Statement on May 10, 2013. ECF No. 28. In that statement, the parties represented that they have agreed to mediate the case and have appointed Bill F. Abrams as mediator. The mediation is set to take place on July 22, 2013. Accordingly, the Court hereby extends the deadline to complete mediation to July 31, 2013. The Court

1

Case No.: 5:12-CV-05183-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE TO COMPLETE MEDIATION

CONTINUES the Case Management Conference set for May 15, 2013, to August 14, 2013, at 2:00 p.m. By August 7, 2013, the parties shall file a status report regarding the mediation and, if unsuccessful, a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: May 13, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge