UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BAKHTIARI CORPORATION, et al., | ) | Case No.: 5:12-CV-05183-LHK |
| Plaintiffs, | ) ) | ORDER DIRECTING PARTIES TO FILE NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL |
| v. | ) ) | |
| REGISTER TAPES UNLIMITED, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| RTU, LP DOING BUSINESS AS CARTVERTISING, | ) ) ) | |
| Counter-claimant, | ) | |
| v. | ) ) | |
| BAKHTIARI CORPORATION, BAKHTIARI LLC, YORK ENTERPRISES SOUTH, INC., | ) ) ) | |
| Counter-defendants. | ) ) | |

    A Certification of Mediation entered on December 4, 2013 indicates that the parties have reached a settlement in this matter. ECF No. 60. Accordingly, by January 8, 2014, the parties shall file a notification of settlement and their stipulation of dismissal or a status report explaining why they are unable to do so.

**IT IS SO ORDERED.**

Case No.: 5:12-CV-05183-LHK
ORDER DIRECTING PARTIES TO FILE NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

Dated: December 19, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 5:12-CV-05183-LHK
ORDER DIRECTING PARTIES TO FILE NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL