**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAKHTIARI CORPORATION, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> REGISTER TAPES UNLIMITED, INC., et al., ) <br> ) <br> Defendants. ) <br> ) <br>_____ ) <br> ) <br> RTU, LP DOING BUSINESS AS ) <br> CARTVERTISING, ) <br> ) <br> Counter-claimant, ) <br> v. ) <br> ) <br> BAKHTIARI CORPORATION, BAKHTIARI ) <br> LLC, YORK ENTERPRISES SOUTH, INC., ) <br> ) <br> Counter-defendants. ) <br> ) | Case No.: 5:12-CV-05183-LHK <br><br> ORDER DIRECTING PARTIES TO FILE NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL |

A Certification of Mediation entered on December 4, 2013 indicates that the parties have reached a settlement in this matter. ECF No. 60. Accordingly, by January 8, 2014, the parties shall file a notification of settlement and their stipulation of dismissal or a status report explaining why they are unable to do so.

**IT IS SO ORDERED.**

Case No.: 5:12-CV-05183-LHK
ORDER DIRECTING PARTIES TO FILE NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

Dated: December 19, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 5:12-CV-05183-LHK
ORDER DIRECTING PARTIES TO FILE NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL