United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAKHTIARI CORPORATION, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>REGISTER TAPES UNLIMITED, INC., et al.,<br><br>   Defendants. | Case No. 12-cv-05183-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court, having reviewed the parties' Joint Case Management Statement, ECF 68, finds good cause to continue the Case Management Conference presently scheduled for May 21, 2014. Accordingly, the Case Management Conference is continued to **July 24, 2014** at 1:30 p.m. in Courtroom 3, San Jose Courthouse. On or before **July 17, 2014**, the parties shall submit to the Court a stipulation to dismiss this matter in its entirety, or alternatively, a joint case management statement.

**IT IS SO ORDERED.**

Dated: May 19, 2014

_____
BETH LABSON FREEMAN
United States District Judge