UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAKHTIARI CORPORATION, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>REGISTER TAPES UNLIMITED, INC., et al.,<br><br>            Defendants. | Case No.  12-cv-05183-BLF<br><br>**ORDER REQUESTING STATUS** |

The parties are HEREBY ORDERED to submit a joint statement regarding the status of the remaining issues in this case by no later than **December 3, 2014**.  To the extent all outstanding issues have been resolved, the parties may instead file a stipulation of dismissal by that date.

**IT IS SO ORDERED.**

Dated: November 19, 2014

_____
BETH LABSON FREEMAN
United States District Judge